# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

STEDMAN LEEVAN DIXON,
#56484-509                                                                                                   PETITIONER

v.                                    2:24-cv-00194-BSM-JJV

CHAD GARRETT, Warden                                                                          RESPONDENT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

### DISPOSITION

On October 29, 2024, Petitioner Stedman Leevan Dixon filed a *pro se* Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) On October 30, 2024, I entered an order directing Mr. Dixon to pay the $5.00 statutory filing fee or file a properly completed Application to Proceed in District Court Without Prepaying Fees or Costs. (Doc. No. 2.) Mr. Dixon was given

thirty (30) days to comply with the Order. (*Id*.) That time has passed, and Mr. Dixon has failed to pay the filing fee or file a proper and complete motion to proceed *in forma pauperis*.[1]

To avoid dismissal, Mr. Dixon should either pay the $5.00 statutory filing fee in full or file a proper and complete motion to proceed *in forma pauperis* during the fourteen (14) day objection period. Otherwise, this cause of action should be dismissed without prejudice in accordance with Local Rule 5.5(c)(2).[2]

IT IS, THEREFORE, RECOMMENDED that unless Mr. Dixon pays the $5.00 filing fee or files a proper and complete motion to proceed *in forma pauperis* during the fourteen (14) day objection period, this cause of action (Doc. No. 1) should be dismissed without prejudice.

DATED this 4th day of December 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] On November 15, 2024, Mr. Dixon filed his Notice of Request for Withdrawal of Inmate's Personal Funds. (Doc. No. 3.) The document appears to reflect an effort by Mr. Dixon to authorize payment of the $5.00 statutory filing fee from his inmate account. To date however, the Court has neither received the filing fee nor a proper and complete motion to proceed *in forma pauperis*.

[2] Local Rule 5.5(c)(2) provides: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."