IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STEDMAN LEEVAN DIXON**  PETITIONER
*#56484-509*

v.   CASE NO. 2:24-CV-00194-BSM

**CHAD GARRETT**
*Warden*   RESPONDENT

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 4] is adopted and Stedman Dixon's petition for a writ of habeas corpus [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 26th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE